| | |
|---|---|
| STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>David Gerardi, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: David.Gerardi@usdoj.gov | <br><br>**Order Filed on May 14, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Howard Wisse and Alisa Wisse,<br><br>Debtors. | Case No.: 18-10837 (SLM)<br><br>Chapter 7<br><br>Hearing Date: May 8, 2018 at 10:00 a.m.<br><br>Judge: Honorable Stacey L. Meisel |

**ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 8, 2018**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: May 14, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtors: Howard Wisse and Alisa Wisse,

Chapter 7 Case No. 18-10837 (SLM)

**Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to June 8, 2018:**

---

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to **June 8, 2018,** and notice of the motion having been given to the Debtors, their counsel, and interested parties, and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the motion of the Acting United States Trustee is hereby **GRANTED**▼ as set forth herein; and it is further

**ORDERED** that the time for the Office of the United States Trustee to file a motion to dismiss case under 11 U.S.C. §§ 707(b)(1) and (3) or a complaint objecting to discharge Under 11 U.S.C. § 727 is extended to and including **June 8, 2018**; and it is further

**ORDERED** that the entry of this order is without prejudice to the right of the Acting United States Trustee to seek any additional extensions of time for good cause shown.