STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
David Gerardi, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
E-mail: David.Gerardi@usdoj.gov

In Re:

Howard Wisse and Alisa Wisse,

Debtors.

**Order Filed on May 14, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 18-10837 (SLM)

Chapter 7

Hearing Date: May 8, 2018 at 10:00 a.m.

Judge: Honorable Stacey L. Meisel

**ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 8, 2018**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: May 14, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtors: Howard Wisse and Alisa Wisse,

Chapter 7 Case No. 18-10837 (SLM)

**Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to June 8, 2018:**

---

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to **June 8, 2018,** and notice of the motion having been given to the Debtors, their counsel, and interested parties, and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the motion of the Acting United States Trustee is hereby **GRANTED**▼ as set forth herein; and it is further

**ORDERED** that the time for the Office of the United States Trustee to file a motion to dismiss case under 11 U.S.C. §§ 707(b)(1) and (3) or a complaint objecting to discharge Under 11 U.S.C. § 727 is extended to and including **June 8, 2018**; and it is further

**ORDERED** that the entry of this order is without prejudice to the right of the Acting United States Trustee to seek any additional extensions of time for good cause shown.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10837-SLM
Howard Wisse                                                              Chapter 7
Alisa Wisse
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 14, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
db/jdb         +Howard Wisse,    Alisa Wisse,    59 Glen Gray Road,    Oakland, NJ 07436-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
          Christopher S. Martone    on behalf of Joint Debtor Alisa  Wisse martonelaw@gmail.com
          Christopher S. Martone    on behalf of Debtor Howard  Wisse martonelaw@gmail.com
          David  Gerardi     on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           el al dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John  Sywilok     sywilokattorney@sywilok.com,    nj26@ecfcbis.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK el al kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7