UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
David Gerardi, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
E-mail: David.Gerardi@usdoj.gov

**Order Filed on June 21, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Howard Wisse and Alisa Wisse,

Debtor.

Case No.: 18-10837 (SLM)

Chapter 7

Judge: Stacey L. Meisel

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE
UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 21, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtors: Howard Wisse and Alisa Wisse

Chapter 7 Case No.: 18-10837 (RG)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

---

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel, David Gerardi, Esquire, and Martone & Associates (Christopher S. Martone, Esquire, appearing), counsel for the Debtors, Howard Wisse and Alisa Wisse, and for other good cause shown, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to file a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and to object to discharge under 11 U.S.C. § 727 by the Acting United States Trustee must be filed on or before **July 31, 2018**; and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and to object to discharge under 11 U.S.C. § 727.

The form and entry of the order is hereby acknowledged and agreed to:

Without Objection:

Martone & Associates
Attorney for the Debtors

Andrew R. Vara
Acting United States Trustee, Region 3

By: */s/ Christopher S. Martone*
    Christopher S. Martone
    Attorney for the Debtor

By: */s/ David Gerardi*
    David Gerardi
    Trial Attorney

Dated: 6/7/18

Dated: 6/7/18