UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
David Gerardi, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
E-mail: David.Gerardi@usdoj.gov

**Order Filed on June 21, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Howard Wisse and Alisa Wisse,

Debtor.

Case No.: 18-10837 (SLM)

Chapter 7

Judge: Stacey L. Meisel

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE
UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 21, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtors: Howard Wisse and Alisa Wisse

Chapter 7 Case No.: 18-10837 (RG)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**
_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel, David Gerardi, Esquire, and Martone & Associates (Christopher S. Martone, Esquire, appearing), counsel for the Debtors, Howard Wisse and Alisa Wisse, and for other good cause shown, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to file a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and to object to discharge under 11 U.S.C. § 727 by the Acting United States Trustee must be filed on or before **July 31, 2018**; and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and to object to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| Martone & Associates<br>Attorney for the Debtors | Andrew R. Vara<br>Acting United States Trustee, Region 3 |
| By:/s/ *Christopher S. Martone*<br>     Christopher S. Martone<br>     Attorney for the Debtor | By: /s/ *David Gerardi*<br>     David Gerardi<br>     Trial Attorney |
| Dated: 6/7/18 | Dated:  6/7/18 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-10837-SLM
Howard Wisse                                                                                        Chapter 7
Alisa Wisse
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 22, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db/jdb         +Howard Wisse,    Alisa Wisse,    59 Glen Gray Road,    Oakland, NJ 07436-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Christopher S. Martone    on behalf of Joint Debtor Alisa   Wisse martonelaw@gmail.com
              Christopher S. Martone    on behalf of Debtor Howard   Wisse martonelaw@gmail.com
              David   Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               el al dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John   Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK el al kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7