UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-334-5838
Email: martonelaw@gmail.com
Attorney for Debtors Howard Wisse and
Alisa Wisse

**Order Filed on July 11, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

Chapter 7

Case Number: 18-10837-SLM

In Re:

Hearing Date: July 3, 2018
Hearing Time: 10:00 AM

Howard Wisse and Alisa Wisse

_____

## <u>ORDER VOLUNTARILY DISMISSING CHAPTER 7 CASE</u>

**UPON** consideration of the motion of Howard Wisse and Alisa Wisse ("the debtors"),

for entry of an order pursuant to 11 U.S.C. §707(a) voluntarily dismissing the Debtor's chapter 7

case; and the court having considered the papers submitted; and the opposition thereto, if any,

and it appearing that sufficient cause exists to dismiss the Debtor's chapter 7 case; and good and

sufficient notice having been given; it is hereby

**ORDERED** that the debtors' chapter 7 case be and hereby is dismissed.

**DATED: July 11, 2018**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-10837-SLM
Howard Wisse                                                               Chapter 7
Alisa Wisse
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 11, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db/jdb        +Howard Wisse,   Alisa Wisse,   59 Glen Gray Road,   Oakland, NJ 07436-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
          Christopher S. Martone    on behalf of Joint Debtor Alisa  Wisse martonelaw@gmail.com
          Christopher S. Martone    on behalf of Debtor Howard  Wisse martonelaw@gmail.com
          David  Gerardi    on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           el al dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John  Sywilok   sywilokattorney@sywilok.com,  nj26@ecfcbis.com
          Kevin Gordon McDonald    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK el al kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 7