Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.:  18−10837−SLM
                                  Chapter:  7
                                  Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Howard Wisse                                                   Alisa Wisse
   59 Glen Gray Road                                       59 Glen Gray Road
   Oakland, NJ 07436                                     Oakland, NJ 07436

Social Security No.:
   xxx−xx−4758                                                       xxx−xx−8086

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Sywilok is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 31, 2018</u>                     <u>Stacey L. Meisel</u>
                                            Judge, United States Bankruptcy Court